IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRYAN HAMPTON, Individually and on
Behalf of All Others Similarly Situated                                          PLAINTIFF

v.                                    Case No. 4:22-cv-4002

TERRY TUSSEY, JR.                                                                 DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Voluntary Dismissal Without Prejudice ECF No. 10. The parties stipulate that this case should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs.

**IT IS SO ORDERED**, this 17th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge